# EXHIBIT A

## SUMMONS - CIVIL
JD-CV-1 Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT **SUPERIOR COURT** www.jud.ct.gov  |

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | (203) 591-3300 | 12/08/2020 |

| ☒ Judicial District   G.A. | At (City/Town) | Case type code (See list on page 2) |
| ☐ Housing Session  ☐ Number: | Waterbury | Major: T   Minor: 02 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Carter Mario Law Firm, 100 Plains Road, Milford, CT 06461 | 106160 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 876-2711 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) rveilleux@cartermario.com |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Annie Saye Sahn  Address: 147 Manchester Avenue, Waterbury, CT 06705 | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: Costco Wholesale Corporation; 999 Lake Drive, Issaquah, WA 98027  Address: AFS: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:  Address: | D-02 |
| Additional defendant | Name:  Address: | D-03 |
| Additional defendant | Name:  Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |

### Notice to each defendant
1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 11/05/2020 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing Ryan Veilleux, Esq. |

| If this summons is signed by a Clerk: | For Court Use Only |
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 8, 2020** | : | **SUPERIOR COURT** |
| **ANNIE SAYE SAHN** | : | **J.D. OF WATERBURY** |
| **V.** | : | **AT WATERBURY** |
| **COSTCO WHOLESALE CORPORATION** | : | **NOVEMBER 5, 2020** |

## COMPLAINT

1. At all times mentioned herein, the defendant, Costco Wholesale Corporation (hereinafter the "defendant"), was a Washington corporation licensed to do business in, and actively conducting business within, the State of Connecticut.

2. At all times mentioned herein, the Plaintiff, Annie Saye Sahn (hereinafter the "Plaintiff"), was a resident of the State of Connecticut with her place of residence being in the City of Waterbury.

3. At all times mentioned herein, the defendant owned and or operated property located at 3600 E. Main St., in the City of Waterbury, Connecticut.

4. At all times mentioned herein, the defendant possessed, controlled, managed and/or leased said property located at 3600 E. Main St., in the City of Waterbury, Connecticut including the parking lot (hereinafter the "premises").

5. At all times mentioned herein, the defendant was responsible for maintaining the premises and the parking lot.

6. At all relevant times, the defendant invited business patrons, including the Plaintiff, to enter the premises and the Plaintiff was a business invitee thereon.

7. On or about February 19, 2019, at approximately 5:30 p.m., the Plaintiff exited her vehicle that she had just parked in the parking lot of the premises, when she was caused to slip and fall upon an accumulation of ice in the parking lot of said premises, which had been accumulating over several days, and sustain serious injury (hereinafter the "fall").

8. The Plaintiff's fall and injuries were due to the negligence and carelessness of the defendant, it's agents, servants, and/or employees, in one or more of the following ways:

   a. in that it/they had a duty to maintain the parking lot in an orderly manner, yet failed to do so;

   b. in that it/they failed to inspect, or adequately inspect said parking lot in order to ensure its safety;

   c. in that it/they knew, or should have known, that an accumulation of snow and/or ice upon the parking lot created an unsafe and dangerous condition for pedestrians, such as the Plaintiff;

   d. in that it/they allowed or permitted the parking lot to gather an accumulation of snow and/or ice over the course of several days, creating an unsafe and dangerous condition for pedestrians, such as the Plaintiff;

   e. in that it/they failed to remove, or adequately remove accumulated snow and/or ice from the parking lot, creating an unsafe and/or dangerous condition for pedestrians, such as the Plaintiff;

   f. in that it/they failed to apply salt, sand, and/or other abrasive materials to the parking lot; and

      g. in that it/they failed to warn, or adequately warn pedestrians, such as the Plaintiff, that the parking lot was in an unsafe and dangerous condition due to an accumulation of snow and/or ice.

9. As a direct and proximate result of the negligence and carelessness of the defendant, the Plaintiff has suffered the following serious and painful injuries and/or aggravation of injuries, some or all of which are permanent in nature:

    a. Partial thickness tear of the superior acromioclavicular joint ligament of the left shoulder;
    b. Tendinosis of the rotator cuff tendons of the left shoulder;
    c. Tendinosis of the proximal long head biceps tendon;
    d. Left shoulder bursitis; and
    e. Left shoulder strain/sprain.

10. As a result of these injuries the Plaintiff incurred substantial expenses for hospital, medical care and attention, x-rays, physicians, rehabilitation, therapy, and may incur additional medical expenses in the future.

11. As a further result of these injuries, the Plaintiff has endured substantial pain and suffering, loss of sleep and continual discomfort and will continue to do so in the future.

12. As a further result of these injuries, the Plaintiff's activities and leisure time pursuits have been greatly impaired, interrupted, and/or completely diminished.

THE PLAINTIFF,
Annie Saye Sahn

By: _____
Ryan Veilleux, Esq.
Carter Mario Injury Lawyers
100 Plains Rd.
Milford, CT 06461
Phone: (203)876-2711
Juris No. 106160

| | | |
|---|---|---|
| RETURN DATE: DECEMBER 8, 2020 | : | SUPERIOR COURT |
| ANNIE SAYE SAHN | : | J.D. OF WATERBURY |
| V. | : | AT WATERBURY |
| COSTCO WHOLESALE CORPORATION | : | NOVEMBER 5, 2020 |

### PRAYER FOR RELIEF

The Plaintiff claims:

1. Monetary relief; and

2. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF,
Annie Saye Sahn

By: _____
Ryan Veilleux, Esq.
Carter Mario Injury Lawyers
100 Plains Rd.
Milford, CT 06461
Phone: (203)876-2711
Juris No. 106160

5

| | | |
|---|---|---|
| **RETURN DATE: DECEMBER 8, 20202** | : | **SUPERIOR COURT** |
| **ANNIE SAYE SAHN** | : | **J.D. OF WATERBURY** |
| **V.** | : | **AT WATERBURY** |
| **COSTCO WHOLESALE CORPORATION** | : | **NOVEMBER 5, 2020** |

## DAMAGES

The amount, legal interest or property in demand is greater that FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of interest and costs.

THE PLAINTIFF,
Annie Saye Sahn

By: _____
Ryan Veilleux, Esq.
Carter Mario Injury Lawyers
100 Plains Rd.
Milford, CT 06461
Phone: (203)876-2711
Juris No. 106160